Approved.
IT IS SO ORDERED.

s/ James R. Knepp II
UNITED STATES
DISTRICT JUDGE

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| LOUIS BELLUOMINI, | ) | CASE NO: 3:21-CV-01907-JRK |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES R. KNEPP II |
| | ) | |
| vs. | ) | **STIPULATED NOTICE OF** |
| | ) | **DISMISSAL WITH PREJUDICE** |
| | ) | |
| AMAZON.COM SERVICES, LLC., | ) | |
| | ) | |
| Defendants. | ) | |

The parties, by and through undersigned counsel, hereby stipulate and provide notice to the Court and all parties that this matter has been dismissed, *with prejudice*. Parties to bear their own attorney's fees and costs. Court shall retain jurisdiction over the resolution of this matter.

Respectfully submitted,

| | |
|---|---|
| */s/ Fred M. Bean* | */s/ Carrie Valdez* |
| Fred M. Bean (0086756) | Jeffrey R. Vlasek (0082771) |
| Taurean J. Shattuck (0097364) | Carrie Valdez (0094004) |
| Spitz, The Employee's Law Firm | Matthew F. Somogye (0100038) |
| 25825 Science Park Drive, Suite 200 | BAKER & HOSTETLER LLP |
| Beachwood, OH  44122 | Key Tower |
| Phone: (216) 291-4744 | 127 Public Square, Suite 2000 |
| Fax:     (216) 291-5744 | Cleveland, OH  44114-1214 |
| Email: fred.bean@spitzlawfirm.com | Telephone:  (216) 621-0200 |
|            taurean.shattuck@spitzlaw.com | Facsimile:  (216) 696-0740 |
| | jvlasek@bakerlaw.com |
| *Attorneys for Plaintiff* | cvaldez@bakerlaw.com |
| | msomogye@bakerlaw.com |
| | |
| | *Attorneys for Defendant* |